Amanda E. Heitz (SBN 026519)
**BOWMAN AND BROOKE LLP**
Phoenix Plaza – Suite 1900
2929 North Central Avenue
Phoenix, Arizona 85012-2721
Telephone: (602) 643-2300
Fax: (602) 248-0947
Amanda.Heitz@bowmanandbrooke.com

*Attorneys for CHS TX Inc. and YesCare Corp., and Geneva Consulting LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Antoinette Windhurst, a single/widowed woman on behalf of herself and as Personal Representative of the Estate of her deceased husband, David Windhurst,<br><br>Plaintiff,<br><br>vs.<br><br>Arizona Department of Corrections, a governmental entity; Charles Ryan, in his individual capacity as the Director of Arizona Department of Corrections; State of Arizona, a governmental entity; Corizon Health, Inc., a business domiciled in Arizona,<br><br>Defendants. | Case No: 4:25-cv-00257<br><br>**PUTATIVE DEFENDANT YESCARE CORP.'S DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE P. 7.1** |

This Corporate Disclosure Statement is filed on behalf of Putative Defendant YesCare Corp. in compliance with the provisions of (check one):

☒ Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

_____ Relationship_____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

_____ Relationship_____

☒ Other (please explain):

YesCare Corp., a wholly owned subsidiary YesCare Holdings, LLC of New York, of is a Texas corporation with its principal place of business at 103 Powell Ct, Brentwood, TN 37027.  YesCare Holdings, LLC of New York is not publicly held.

Respectfully submitted this 29th day of May, 2025.

By: */s/ Amanda E. Heitz*
 Amanda E. Heitz
 **BOWMAN AND BROOKE LLP**
 2929 N. Central Avenue, Suite 1900
 Phoenix, AZ 85012
 602-643-2300
 amanda.heitz@bowmanandbrooke.com

*Attorneys for CHS TX Inc. and YesCare Corp., and Geneva Consulting LLC*

2

# CERTIFICATE OF SERVICE

I hereby certify that on May 29th, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Nathan S. Rothschild
Katie Filous Malka
MESCH CLARK ROTHSCHILD
259 N. Meyer Ave.
Tucson, AZ 85701
Phone: 520-624-8886
nrothschild@mcrazlaw.com
kmalka@mcrazlaw.com
ecfpima@mcrazlaw.com

Michael J. Crawford
CRAWFORD LAW, PLLC
34 W. Franklin St.
Tucson, AZ 85701
Phone: 520-822-8644
michael@crawfordazlaw.com

*Attorneys for Plaintiff*

Anthony J. Fernandez
Alyssa R. Illsley
Dustin A. Christner
Quintairos, Prieto, Wood & Boyer, P.A.
8800 E. Raintree Drive, Ste. 100
Scottsdale, AZ 85260
afernandez@qpwblaw.com
alyssa.illsley@qpwblaw.com
dustin.christner@qpwblaw.com

*Attorneys for Defendants*

*/s/ Marcie Buchanan*